Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER    : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
:
:
-----------------------------------------------------------------X
HECTOR BETANCOURT,                : 07-CV-04453-AKH
                                  :
                       Plaintiff, : **NOTICE OF ADOPTION**
                                  : **OF ANSWER**
     - against -                  : **TO MASTER COMPLAINT**
                                  : **BY MERRILL LYNCH**
ALAN KASMAN D/B/A KASCO, *et al.*,:
                                  : **ELECTRONICALLY FILED**
                      Defendants. :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York             DICKSTEIN SHAPIRO LLP
       September 14, 2007

                                      By:      /s/  Judith R. Cohen
                                      _____
                                      Robert J. Higgins (RH-6477)
                                      Judith R. Cohen (JC-8614)
                                      Kenneth H. Frenchman (KF-3635)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501
                                      *Attorneys for Defendant*
                                      MERRILL LYNCH & CO., INC.

2