UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

HECTOR BETANCOURT,                            : 07-CV-04453-AKH

        Plaintiff,          : **APPEARANCE**

 - against -

: **ELECTRONICALLY FILED**

ALAN KASMAN D/B/A KASCO, *et al.*,

        Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York      DICKSTEIN SHAPIRO LLP
    October 3, 2007

              By:  /s/ Judith R. Cohen
              _____
              Judith R. Cohen (JC-8614)
              1177 Avenue of the Americas
              New York, New York 10036
              Phone: (212) 277-6500
              Fax: (212) 277-6501

              *Attorney for Defendant*
              MERRILL LYNCH & CO., INC.

DOCSNY-271368v01